**SO ORDERED.**

**SIGNED this 01 day of July, 2010.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

| | | |
|---|---|---|
| RONDA CLOSNER SENSENIG | ) | **CASE NO.: 10-03480-8-SWH** |
| | ) | |
| **DEBTOR** | ) | **CHAPTER 7** |

### APPROVAL OF STIPULATION AGREEING TO TERMINATING STAY

This matter comes before the court upon the Stipulation for court approval Agreement For Relief From Stay executed on behalf of the debtor, chapter 7 trustee and Glenn Garritano, and it appears to the court that good cause exists to approve the agreement.

**IT IS ORDERED** that the automatic stay is terminated to allow Glenn Garritano to foreclose on the deed of trust recorded at Book 012034, Pages 00605 – 00608, Wake County Registry, and that pursuant to Bankruptcy Rule 4001 (a)(3), the court orders that this order is not stayed for 10 days, but is immediately effective.

### END OF DOCUMENT